UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60774-CIV-SMITH/HUNT

ARMA GILEAD,

    Plaintiff,

vs.

EARLY WARNING SERVICES, LLC,
and WELLS FARGO BANK, N.A.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon Magistrate Judge Hunt's Report and Recommendation [DE 61], recommending Defendant Wells Fargo's Motion to Compel Arbitration [DE 18] be denied. Defendant has filed Objections [DE 63] and Plaintiff has filed a Response to Defendant's Objections [DE 68].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Hunt's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendation that the Motion to Compel Arbitration be denied. Accordingly, it is

**ORDERED** that:

1) Magistrate Judge Hunt's Report and Recommendation [DE 61] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant's Objections [DE 63] are **OVERRULED.**

3) Defendant shall file its Response to the Amended Complaint by March 2, 2026.

4) Defendant Wells Fargo Bank, N.A.'S Motion to Abate All Pretrial Deadlines Pending Ruling On its Motion to Compel [DE 45] is **DENIED as moot**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of February, 2026.

cc: All Counsel of Record

RODNEY SMITH
UNITED STATES DISTRICT JUDGE